UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Chicago Title Insurance Company,

        Plaintiff,

                Civ. No. 12-518 (RHK/JJG)
v.                 **ORDER**

C.U. Title Services, Inc.,

        Defendant.

---

  This matter is before the Court *sua sponte*.

  Invoking diversity jurisdiction under 28 U.S.C. § 1332, Plaintiff Chicago Title Insurance Company ("Chicago Title") commenced this breach-of-contract action against Defendant C.U. Title Services, Inc. ("C.U."). The Complaint alleges that Chicago Title is "a Nebraska Corporation engaged in the business of title insurance" and that C.U. "is a corporation organized and existing under the laws of the State of Minnesota." (Compl. ¶¶ 1-2.) No other pertinent allegations regarding the citizenship of the parties are found in the Complaint.

  As the party invoking the Court's jurisdiction, Chicago Title bears the burden of pleading facts establishing the existence of diversity jurisdiction. E.g., Walker v. Norwest Corp., 108 F.3d 158, 161 (8th Cir. 1997). Doing so required it to plead "with specificity the citizenship of the parties." Barclay Square Props. v. Midwest Fed. Sav. & Loan Ass'n of Minneapolis, 893 F.2d 968, 969 (8th Cir. 1990). It has failed to do so.

- 2 -

A corporation's citizenship is determined by its place of incorporation *and* its principal place of business. 28 U.S.C. § 1332(c)(1). While the Complaint alleges that Chicago Title and C.U. are, respectively, Nebraska and Minnesota corporations, the Complaint fails to identify the locations of their principal places of business. Accordingly, the Court cannot discern from the face of the Complaint whether diversity jurisdiction exists in this matter.

Based on the foregoing, **IT IS ORDERED** that Chicago Title shall redress the deficiencies set forth above on or before March 15, 2012, or the Court will dismiss this action for lack of subject-matter jurisdiction.

Date:  March 1, 2012                                       s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge